Clarence M. Belnavis, WSBA #36681
Fisher & Phillips, LLP
1201 Third Avenue, Suite 2750
Seattle, WA 98101
Telephone: (206) 682-2308
Attorneys for Walmart Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL GARCIA and CELIA HERNANDEZ, husband and wife, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., a foreign profit corporation; WAL-MART #2241 POS; "DOE(S) 1-100;" "CORPORATION(S) XYZ 1-100,"<br><br>Defendants. | NO. 1:22-cv-3003<br><br>**NOTICE OF REMOVAL OF A CIVIL ACTION** |

Defendant Walmart Inc. ("Walmart"), by and through its undersigned counsel, hereby gives notice of the removal of the above-referenced action from the Superior Court of Washington for Yakima County Case No. 21-2-01976-39, pursuant to 28

NOTICE OF REMOVAL
(1:22-cv-3003) – Page 1

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 42718285.1

U.S.C. § 1441 (b), to the United States District Court for the Eastern District of Washington and in support thereof states as follows:

I. **The State Court Action**

1. Plaintiffs Daniel Garcia and Celia Hernandez (collectively, "Plaintiffs"), filed this lawsuit against Walmart in the Yakima County Superior Court of the State of Washington, Case No. 21-2-01976-39 (the "state court action").

2. In the state court action, Plaintiffs assert claims of: (1) disability discrimination; (2) failure to accommodate; (3) negligent supervision and hiring and failure to train; (4) respondeat superior; (5) intentional infliction of emotional distress; (6) negligent infliction of emotional distress; (7) violations of the ADA; and (8) retaliation. *See* Complaint ¶¶ 4.1-11.5.

3. Plaintiffs reside in the State of Washington. *See* Complaint at ¶ 1.1. Walmart is incorporated in Delaware, with its principal place of business in Bentonville, Arkansas. *See* Declaration of Clarence Belnavis in Support of Defendant's Notice of Removal ("Belnavis Dec.") at ¶ 2 and Exhibit 1.

4. Pursuant to 28 U.S.C. § 1446(a), a true copy of the Service of Process Transmittal, including all attachments, from CT Corporation to Kim Lundy of Walmart Inc. on December 20, 2021, is attached hereto as Exhibit A.

II. **The Removal is Timely**

5. Removal is timely pursuant to 28 U.S.C. § 1446(b) because Walmart is filing this Notice of Removal within thirty days of receipt of the Complaint. Defendant Walmart was served a copy of the Complaint through its agent, CT Corporation System, in Olympia, Washington, by process server on December 20, 2021. *See* Exhibit A.

///

NOTICE OF REMOVAL
(1:22-cv-3003) – Page 2

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 42718285.1

### III. Venue is Proper in the Eastern District of Washington

6. The United States District Court for the District of Washington, Eastern Division is the federal judicial district embracing the Yakima County Superior Court of the State of Washington, where this action was originally filed. Therefore, pursuant to 28 U.S.C. § 128, the United States District Court for the District of Washington, Eastern Division is the proper federal court in which to remove this action.

### IV. Removal is Proper Pursuant to Diversity Jurisdiction

7. Pursuant to 28 U.S.C. § 1332, this Court has diversity jurisdiction over this action. There is diversity of citizenship between the parties, and the amount in controversy contemplates an amount in excess of $75,000.00, exclusive of interest and costs.

8. Plaintiffs are Washington State residents, and Defendant Walmart is a foreign corporation incorporated in the State of Delaware with its principal place of business in Bentonville, Arkansas. *See* Complaint at ¶ 1.1; *see also* Belnavis Dec. at ¶ 2 and Exhibit 1.

9. A fair and reasonable reading of Plaintiffs' Complaint reflects that they are seeking damages in excess of $75,000. In their Complaint, Plaintiffs seek damages including "special damages", "judgment jointly and severally against defendants", "punitive damages", "general damages, including but not limited to physical, mental and emotional injury resulting from the acts complained of herein", and "attorney fees, prejudgment interest, costs, exemplary, and punitive damages" and "compensation for any tax penalty associated with recovery."

District courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000 and is between citizens of different states. 28 U.S.C. § 1332 (2005). In measuring the amount in controversy, a court

NOTICE OF REMOVAL
(1:22-cv-3003) – Page 3

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 42718285.1

must assume that the allegations of the complaint are true and assume that a jury will return a verdict for the plaintiff on all claims made in the complaint. *Kenneth Rothschild Trust v. Morgan Stanley Dean Witter*, 199 F. Supp. 2d 993, 1001 (C.D. Cal. 2002). Additionally, attorneys' fees may be included in the amount in controversy if recoverable by statute or contract. *Galt G/S v. JSS Scandinavia,* 142 F.3d 1150, 1155–56 (9th Cir.1998). Attorneys' fees are recoverable as a matter of right to the prevailing party under the Washington Law Against Discrimination. *Conti v. Corp. Servs. Grp., Inc.*, 30 F. Supp. 3d 1051, 1078 (W.D. Wash. 2014), *aff'd,* 690 F. App'x 473 (9th Cir. 2017) ("The WLAD provides for an award of "the cost of suit including reasonable attorneys' fees" to the prevailing party. RCW 49.60.030(2)."). Thus, the court may consider the potential attorneys' fees that will be incurred in this matter when assessing the amount in controversy: "The ultimate inquiry is what amount is put 'in controversy' by the plaintiff's complaint, not what a Defendants will *actually* owe." *Korn v. Polo Ralph Lauren Corp.,* 536 F. Supp. 2d 1199, 1205 (E.D. Cal. 2008) (emphasis in original, internal quotations omitted).

If the amount in controversy is not "facially apparent" from the Complaint, "the court may consider facts in the removal petition and may require parties to submit summary-judgment-type evidence relevant to the amount in controversy at the time of removal." *Singer v. State Farm Mut. Auto. Ins. Co.*, 116 F.3d 373, 377 (9th Cir. 1997); *citing Allen v. R &H Oil Gas Co.*, 63 F.3d 1326 (5th Cir. 1995). Here, Plaintiffs' Complaint does not include a damages calculation. The Court can therefore consider other evidence demonstrating that the amount in controversy exceeds $75,000.

///

///

NOTICE OF REMOVAL
(1:22-cv-3003) – Page 4

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 42718285.1

### V. **Proper Notice of Removal**

Promptly after filing this Notice of Removal, Walmart will serve a copy upon Plaintiffs' counsel and will file a copy with the Clerk of the Yakima County Superior Court of the State of Washington.

WHEREFORE, Walmart hereby removes the above-captioned civil action to this Court's jurisdiction.

DATED this 10th day of January, 2022.

FISHER & PHILLIPS LLP

By *s/Clarence M. Belnavis*
Clarence M. Belnavis, WSBA #36681
1201 Third Avenue, Suite 2750
Seattle, WA 98101
Telephone: (206) 682-2308
Facsimile: (206) 682-7908
Email: cbelnavis@fisherphillips.com
*Attorneys for Walmart Inc.*

NOTICE OF REMOVAL
(1:22-cv-3003) – Page 5

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 42718285.1

# CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

| | |
|---|---|
| Dean Standish Perkins, Jr.<br>Dean Standish Perkins & Associates<br>119 1st Ave., S Ste. 310<br>Seattle, WA 98104-3429<br>dean@deanstandishperkins.com | X Via First Class Mail<br>X Via Email |

Brett Kobes
Kobes Legal PLLC
1330 Hemlock Ave. SW
North Bend, WA 98045-7973
brett@kobeslegal.com

*Attorneys for Plaintiffs*

Dated: January 10, 2022.

        *s/Clarence M. Belnavis*
        Clarence M. Belnavis, WSBA #36681
        Email: cbelnavis@fisherphillips.com

NOTICE OF REMOVAL
(1:22-cv-3003) – Page 6

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 42718285.1