FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL GARCIA, husband and the marital community comprised thereof, et al., <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., a foreign profit corporation, et al., <br><br> Defendant. | No.  1:22-cv-03003-SMJ <br><br> **ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Protective Order, **ECF No. 16**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 13th day of April 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1